# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

THOMAS E. GREEN                                                                               PLAINTIFF

V.                                          3:12CV00233 SWW/JTR

MIKE ALLEN, Sheriff,
Crittenden County Detention Facility, et al.                                        DEFENDANTS

## ORDER

Plaintiff Thomas E. Green is a pretrial detainee at the Crittenden County Detention Center ("CCDC"). On September 21, 2012, he filed a *pro se* § 1983 Complaint alleging that jailers at the CCDC failed to protect him from being attacked by another pretrial detained and denied him medical care for the injuries he sustained in that altercation. *See Green v. Mobley*, 3:12CV00223 KGB/JTK (docket entry #2). On September 26, 2012, the Court sent Green a § 1983 Complaint form and ordered him to file an Amended Complaint clarifying his allegations. *Id.* (docket entry #3).

On October 5, 2012, the Clerk received Green's Amended Complaint. However, instead of filing that pleading in *Green v. Mobley*; 3:12CV00223 KGB/JTK, the Clerk mistaken opened this new § 1983 action.

IT IS THEREFORE ORDERED THAT the Clerk is directed to file the

Complaint in this lawsuit as Green's Amended Complaint in *Green v. Mobley*; 3:12CV00223 KGB/JTK, and to close this case.

Dated this 24th day of October, 2012.

<u>**/s/Susan Webber Wright**</u>

UNITED STATES DISTRICT JUDGE